**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mykel Foxx, | No. CV-07-2270-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Commissioner, Social Security Administration | |
| Defendant. | |

On June 11, 2008, this Court ordered Plaintiff to show cause in writing by July 1, 2008, why this action should not be dismissed for Plaintiff's failure to comply with this Court's Scheduling Order dated November 28, 2007. To date Plaintiff has failed to file any desired motions; furthermore, Plaintiff failed to a motion for summary judgment within the requisite sixty (60) days from the filing of the answer and record. Accordingly,

**IT IS HEREBY ORDERED dismissing** this case for failure to prosecute. The clerk of the court shall close this case.

DATED this 22nd day of July, 2008.

_____
Stephen M. McNamee
United States District Judge